FILED
August 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. MAG 06-0226 DAD
          Plaintiff,         )
v.                           )   ORDER FOR RELEASE OF
                             )   PERSON IN CUSTODY
CHAO LEE,                    )
                             )
          Defendant.         )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHAO LEE</u>, Case No. <u>MAG 06-0226 DAD</u>,

Charge <u>Title 18 USC § 1955 (a)</u>, from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    X  Unsecured Appearance Bond — 90,000.00 co-signed.

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X  (Other) <u>with Pretrial Services Supervision and conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 17, 2006</u> at <u>3:05</u> <u>pm</u>.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal