FILED
August 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. MAG 06-0226 DAD
          Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
CHAO LEE, )
)
          Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHAO LEE, Case No. MAG 06-0226 DAD, Charge Title 18 USC § 1955 (a), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

 X    Unsecured Appearance Bond — $90,000.00 co-signed.

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

 X    (Other)   with Pretrial Services Supervision and conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 17, 2006 at 3:05 pm.

By  _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal